# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 v.             **Case No. 07-CR-316**

**TIARA SMITH**
   **Defendant.**

## ORDER

Tiara Wright (Smith) requests expungement of her criminal record in this case. She notes that she has done well over the past 11 years, but her record holds her back. I commend Ms. Wright on her progress, but the district court lacks jurisdiction to grant expungement on equitable grounds. United States v. Wahi, 850 F.3d 296 (7th Cir. 2017).

**THEREFORE, IT IS ORDERED** that her motion (R. 87) is dismissed.

Dated at Milwaukee, Wisconsin, this 28th day of March, 2018.

          /s Lynn Adelman
          LYNN ADELMAN
          District Judge